UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZET GONZALEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF MODESTO-MODESTO POLICE DEPARTMENT, et al.,<br><br>  Defendants. | No. 1:20-cv-01031-DAD-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S BANE ACT CLAIM<br><br>(Doc. Nos. 20, 34) |

On January 11, 2021, defendants City of Modesto-Modesto Police Department, Officer Dustin Espinoza, Officer Cameron Irinaga, and Sergeant Brian Brinkley (collectively, "defendants") filed a motion to dismiss plaintiff's second claim, which alleges a violation of California's Bane Act, California Civil Code § 52.1. (Doc. No. 20.)[1] The motion was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. (Doc. No. 28.)

On February 15, 2022, the assigned magistrate judge issued findings and recommendations recommending that the pending motion to dismiss (Doc. No. 20) be denied.

---

[1] The court apologizes for the delay in the docketing of this order. The undersigned issued an order adopting findings and recommendations and denying defendants' motion to dismiss on March 6, 2022, but the court has learned that order was mistakenly not entered on the docket in this case.

1

(Doc. No. 34.)  Those findings and recommendations were served on all parties and contained notice that any objections thereto were to be filed within fourteen (14) days of service.  (*Id.* at 7.)  No objections have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court conducted a *de novo* review of the case.  Having carefully reviewed the file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on February 15, 2022 (Doc. No. 34) are adopted in full;
2. Defendants' motion to dismiss plaintiff's Bane Act claim (Doc. No. 20) is denied; and
3. Defendants shall file an answer to plaintiff's second amended complaint no later than twenty-one (21) days from the date of this order.

IT IS SO ORDERED.

Dated:  **April 13, 2022**

UNITED STATES DISTRICT JUDGE