**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIZET GONZALEZ, an individual<br><br>Plaintiff,<br><br>CITY OF MODESTO-MODESTO POLICE DEPARTMENT, a public entity; OFFICER DUSTIN ESPINOZA (Badge No. 13133), an individual; OFFICER CAMERON IRINAGA (Badge No. 11789), an individual; SERGEANT BRIAN BINKLEY (Badge No. 11310), an individual and DOES 1-100, inclusive,<br><br>Defendant(s). | **CASE NO. 1:20-CV-01031-ADA-BAM**<br><br>**[PROPOSED]** **ORDER GRANTING JOINT STIPULATION TO AMEND THE SCHEDULING ORDER AND EXTEND THE NON-EXPERT AND EXPERT DISCOVERY DATES**<br><br>**Judge: Hon. Ana de Alba**<br>**Courtroom 1, 8th Floor**<br>**Mag. Judge: Hon. Barbara A. McAuliffe**<br>**Courtroom 8, 6th Floor**<br><br>**Complaint Filed: July 23, 2020**<br>**Discovery Cut-Off: February 17, 2023**<br>**Trial Date: March 5, 2024** |

## ORDER

On February 1, 2023, the parties filed a stipulation to amend the discovery deadlines in the current Scheduling Order to allow for sufficient time to complete discovery. (Doc. 42.) The parties explained that, while written discovery and meet and confers have taken place, the parties have not taken depositions prior to a pending mediation in early March 2023. (*Id.* ¶ 1.) The Court denied this stipulation without prejudice and subsequently set a status conference to discuss the scheduling order for February 15, 2023 at 9:00 AM. (Docs. 44-45.)

On February 13, 2023, the parties filed a new stipulation to amend the discovery deadlines in the current Scheduling Order. (Doc. 46.) In that order, the parties note that

1  their schedules did not permit them to take depositions prior to the non-expert discovery

2  cutoff and that the parties would be prejudiced if they could not take depositions.  (*Id.* ¶¶ 1,

3  5.)

4         Based on the foregoing and good cause appearing, the parties' request to modify the

5  current Scheduling Order is GRANTED.  Fed. R. Civ. P. 16(b)(4). The Scheduling Order

6  issued on May 5, 2022 (Doc. 40.) is MODIFIED as follows:

7         1.  Non-Expert Discovery Cutoff                    May 19, 2023

8         2.  Expert Witness Disclosure                       June 23, 2023

9         3.  Supplemental Expert Witness Disclosure          July 14, 2023

10        4.  Expert Witness Discovery Cutoff                 August 18, 2023

11        All other dates remain as set in the May 5, 2022 Scheduling Order.

12        The Status Conference to discuss the scheduling order set for February 15, 2023 at

13  9:00 AM in Courtroom 8 (BAM) before the undersigned **is VACATED**.

14

15  IT IS SO ORDERED.

16    Dated:    **February 14, 2023**            /s/ *Barbara A. McAuliffe*   _

17                                               UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO EXTEND DISCOVERY CUT OFF DATES AND [PROPOSED]
ORDER